## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 06-cv-00602-REB-MEH

LPP MORTGAGE LTD, f/k/a LOAN PARTICIPANT PARTNERS, LTD, a Texas limited partnership,

    Plaintiff,

v.

WILLIAM H. HOTALING,
ADA E. HOTALING,
MARY SCHAEFER, in her capacity as Public Trustee of Jefferson County, Colorado,
CHASE MANHATTAN BANK,
MIAMI CAPITAL DEVELOPMENT, INC.,
CHRYSLER FIRST FINANCIAL SERVICES CORP., and
LITTON LOAN SERVICING, LP.,

    Defendants.

## ORDER OF DISMISAL OF
## DEFENDANT JEFFERSON COUNTY PUBLIC TRUSTEE

**Blackburn, J.**

On May 11, 2006, the plaintiff filed an **Unopposed Motion to Dismiss Jefferson County Public Trustee** [#8]. After careful review of the motion and the file, the court has concluded that the motion should be granted and that plaintiff's claims against defendant Mary Schaefer in her capacity as Public Trustee of Jefferson County, Colorado, should be dismissed.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Unopposed Motion to Dismiss Jefferson County Public Trustee** [#8] filed on May 11, 2006, **IS GRANTED**;

2.  That plaintiff's claims against defendant Mary Schaefer in her capacity as Public Trustee of Jefferson County, Colorado, is **DISMISSED**;

3.  That defendant Mary Schaefer in her capacity as Public Trustee of Jefferson County, Colorado, **IS DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated May 11, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**