**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00602-REB-MEH

LPP MORTGAGE LTD, f/k/a LOAN PARTICIPANT PARTNERS, LTD, a Texas limited partnership,

    Plaintiff,

v.

WILLIAM H. HOTALING,
ADA E. HOTALING,
MARY SCHAEFER, in her capacity as Public Trustee of Jefferson County, Colorado,
CHASE MANHATTAN BANK,
MIAMI CAPITAL DEVELOPMENT, INC.,
CHRYSLER FIRST FINANCIAL SERVICES CORP., and
LITTON LOAN SERVICING, LP.,

    Defendants.

## ORDER OF DISMISSAL
## AS TO DEFENDANTS LITTON LOAN SERVICING, LP,
## SERVICER FOR DEFENDANT CHASE MANHATTAN BANK

**Blackburn, J.**

The matter comes before me on the **Stipulation Re Lien Priority and Dismissal of Claims Without Prejudice Against Defendant Litton Loan Servicing, LP, Servicer for Defendant Chase Manhattan Bank** [#40], filed October 3, 2006. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiff's claims against defendant, Litton Loan Servicing, LP, servicer for defendant Chase Manhattan Bank should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation Re Lien Priority and Dismissal of Claims Without Prejudice Against Defendant Litton Loan Servicing, LP, Servicer for Defendant Chase Manhattan Bank** [#40], filed October 3, 2006, is **APPROVED**;

2. That plaintiff's claims against defendant, Litton Loan Servicing, LP, servicer for defendant Chase Manhattan Bank **ARE DISMISSED WITHOUT PREJUDICE**; and

3. That defendant, Litton Loan Servicing, LP, servicer for defendant Chase Manhattan Bank is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated October 3, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**