**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00602-REB-MEH

LPP MORTGAGE LTD, f/k/a LOAN PARTICIPANT PARTNERS, LTD, a Texas limited partnership,

    Plaintiff,

v.

WILLIAM H. HOTALING,
ADA E. HOTALING,
MARY SCHAEFER, in her capacity as Public Trustee of Jefferson County, Colorado,
MIAMI CAPITAL DEVELOPMENT, INC.,
CHRYSLER FIRST FINANCIAL SERVICES CORP., and
MIAMI LOAN SERVICING, LP,

    Defendants.

**ORDER OF DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANT CITY OF MIAMI, SUCCESSOR IN INTEREST
TO MIAMI CAPITAL DEVELOPMENT, INC.**

**Blackburn, J.**

The matter comes before me on the **Stipulation Re Lien Priority and Dismissal of Claims Without Prejudice Against Defendant City of Miami, Successor in Interest to Miami Capital Development, Inc.** [#42], filed October 6, 2006. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiff's claims against defendant City of Miami Successor in Interest to Miami Capital Development, Inc., should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation Re Lien Priority and Dismissal of Claims Without**

**Prejudice Against Defendant City of Miami, Successor in Interest to Miami Capital Development, Inc.** [#42], filed October 6, 2006, is **APPROVED**;

    2.   That plaintiff's claims against defendant City of Miami Successor in Interest to Miami Capital Development, Inc. **ARE DISMISSED WITHOUT PREJUDICE**; and

    3.   That defendant City of Miami Successor in Interest to Miami Capital Development, Inc., is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

    Dated October 6, 2006, at Denver, Colorado.

                                    **BY THE COURT:**

                                    **s/ Robert E. Blackburn**
                                    **Robert E. Blackburn**
                                    **United States District Judge**