IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00602-REB-MEH

LPP MORTGAGE LTD, f/k/a LOAN PARTICIPANT PARTNERS, LTD,
a Texas limited partnership,

     Plaintiff,

v.

WILLIAM H. HOTALING,
ADA E. HOTALING,
MARY SCHAEFER, in her capacity as Public Trustee of Jefferson County, Colorado,
CHASE MANHATTAN BANK,
MIAMI CAPITAL DEVELOPMENT, INC.,
CHRYSLER FIRST FINANCIAL SERVICES CORP., and
LITTON LOAN SERVICING, LP,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 13, 2007.**

     Defendants' unopposed Motion to Reconsider/Reopen Discovery for Forty-Five (45) Days, through and including Wednesday, July 27, 2007 [Filed June 12, 2007; Docket #73] is **granted**. To facilitate settlement discussions, discovery is reopened in this case until July 27, 2007.