**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00602-REB-MEH

LPP MORTGAGE LTD, f/k/a LOAN PARTICIPANT PARTNERS, LTD, a Texas limited partnership,

    Plaintiff,

v.

WILLIAM H. HOTALING,
ADA E. HOTALING, and
NATIONSCREDIT FINANCIAL SERVICES CORPORATION,

    Defendants.

## ORDER ON ADMINISTRATIVE CLOSURE

**Blackburn, J.**

    The matter comes before the court *sua sponte* to consider administrative closure of this case based on the record made in this matter. On July 19, 2007, the court entered the **Order Granting Plaintiff's Motion for Summary Judgment** [#81]. At the direction of the court, plaintiff filed **Plaintiff's Motion for Issuance of a Decree of Foreclosure** [#86], filed on August 24, 2007. That motion was granted by the **Order Granting Plaintiff's Motion for Issuance of a Decree of Foreclosure and Decree of Foreclosure** [#87], entered August 27, 2007. After reviewing the file, the court has concluded that this action may and should be closed administratively. Any party may seek to re-open this case on a showing of good cause.

**THEREFORE, IT IS ORDERED** that pursuant to **D.C.COLO.L.Civ.R. 41.2** the clerk is **DIRECTED** to close this civil action administratively subject to re-opening for good cause.

Dated November 8, 2007, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge